STATE v. CLAYTON. (No. 18409.) (Supreme Court of Missouri, Division No. 2. Jan. 4, 1915.) Appeal from St. Louis Circuit Court; Kent K. Koerner, Judge. Harry Clayton was convicted of crime, and he appeals. Affirmed. Willis H. Clark and Beno Altheimer, both of St. Louis, for appellant. John T. Barker, Atty. Gen., and W. T. Rutherford, Asst. Atty. Gen., for the State.

ROY, C. Defendant was charged under indictment with being an habitual offender and escaping from an officer having him in custody on a charge of grand larceny. He was convicted by a jury, and his punishment assessed at two years in the penitentiary. No bill of exceptions was ever filed in the case. The indictment, verdict, judgment, and other portions of the record offered are all regular and sufficient. Finding no error therein, the judgment is affirmed.

WILLIAMS, C., concurs.

PER CURIAM. The foregoing opinion of ROY, C., is adopted as the opinion of the court. All concur.

---

ARNOLD v. STATE. (No. 3382.) (Court of Criminal Appeals of Texas. Jan. 13, 1915.) Appeal from Tarrant County Court; Jesse M. Brown, Judge. Pete Arnold was convicted of an aggravated assault, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Under a proper complaint and information appellant was convicted of an aggravated assault, and his punishment assessed at a fine of $25. There is neither a statement of facts nor any bill of exceptions. No question is raised which can be considered in the absence of these. The judgment is therefore affirmed.

---

DAVIS v. STATE. (No. 3391.) (Court of Criminal Appeals of Texas. Jan. 20, 1915.) Appeal from District Court, Lampasas County; John D. Robinson, Judge. Will Davis was convicted of violating the liquor prohibition law, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Under a proper indictment appellant was convicted of violating the liquor prohibition law—a felony—in force in said county, and his punishment assessed at one year in the penitentiary. There is no statement of facts, nor bills of exceptions. No question is · raised in any way which can be reviewed. The judgment is therefore affirmed.

---

Ex parte KIMBROUGH. (No. 3393.) (Court of Criminal Appeals of Texas. Jan. 20, 1915.) Appeal from District Court, Bowie County; W. T. Armistead, Judge. Application by Will A. Kimbrough for a writ of habeas corpus to secure admission to bail. From a judgment denying admission to bail, he appeals. Affirmed. C. A. Wheeler, of Texarkana, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Relator was indicted, charged with the murder of his father. He sued out a writ of habeas corpus before Hon. W. T. Armistead, judge of the Fifth judicial district.

Upon a hearing he was denied bail and remanded to the custody of the sheriff. From this judgment he prosecutes an appeal to this court. After a careful reading of the evidence, we are of the opinion that the court did not err, and the judgment is therefore affirmed.

---

McGUINTIS v. STATE. (No. 3368.) (Court of Criminal Appeals of Texas. Jan. 13, 1915. Rehearing Denied Feb. 3, 1915.) Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge. John McGuintis was convicted of crime, and he appeals. Affirmed. John McGuintis, of Dallas, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. No statement of facts, nor bills of exception accompany this record. Under such circumstances, we · can review none of the grounds assigned in the motion for new trial. The judgment is affirmed.

---

Ex parte WOOSLEY. (No. 3395.) (Court of Criminal Appeals of Texas. Jan. 13, 1915. Rehearing Denied Feb. 3, 1915.) Appeal from District Court, Hunt County; A. P. Dohoney, Judge. Habeas corpus by G. W. Woosley. From a judgment denying bail, the petitioner appeals. Affirmed. O. C. Mulkey, of Commerce, and Crosby, Hamilton & Harrell, of Greenville, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was indicted for murder. He had a hearing before the district judge on habeas corpus for bail, which was denied him. We have carefully read and considered the statement of facts and appellant's brief herein. While there is some conflict in the testimony, the witnesses were seen and heard by the district judge, and he, much better than we, was in a position to determine their credibility and the weight to be given to their testimony. We have reached the conclusion that the district judge was justified in remanding appellant without bail. The judgment is therefore affirmed.

---

GIBSON v. STERRETT, Game, etc., Com'r, et al. (No. 5395.) (Court of Civil Appeals of Texas. San Antonio. Jan. 6, 1915. Rehearing Denied Feb. 3, 1915.) Appeal from District Court, Nueces County; W. B. Hopkins, Judge. Action by C. W. Gibson against W. G. Sterrett, Game, Fish and Oyster Commissioner, and others. From a judgment for defendants on demurrer, plaintiff appeals. Affirmed. T. O. Woldert, of Corpus Christi, for appellant. Davidson & Bailey, of Cuero, for appellee.

FLY, C. J. This case was appealed to this court from an order restraining the commissioner from executing certain orders issued by him in regard to ·fishing in certain waters in and about Corpus Christi Bay. The judgment of the trial court was reversed and the cause remanded. Sterrett v. Gibson, 168 S. W. 16. When the cause was called for trial in the lower court, a general demurrer was sustained to the petition of appellant. The pleadings are identical with those on the former appeal. The opinion on the former appeal covers every point made in this case, and is referred to as the opinion of the court on this appeal. The judgment is affirmed.